■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC HOOD, Appellant. [998 NYS2d 619]—Order, Supreme Court, New York County (Gregory Carro, J.), entered on or about February 7, 2012, which adjudicated defendant a level two predicate sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The record, including defendant's admissions, supports the court's assessment of points under the risk factor for drug or alcohol abuse. In any event, regardless of whether the points at issue should have been assessed, defendant remains a level two offender, and we find no basis for a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). There were no mitigating factors that were not adequately taken into account by the guidelines. Concur—Gonzalez, P.J., Renwick, DeGrasse, Manzanet-Daniels and Gische, JJ.